UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:21-cv-00182-JLS-KES                                    Date: September 19, 2022
Title: Brian Whitaker v. Tesla Motors, Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                           Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE AS MOOT**

On September 16, 2022, Plaintiff filed a Notice of Mootness.  (Doc. 47.) Plaintiff has notified the Court that he "agrees the matter is moot due to Defendant's remediation of barriers that were complained of by Plaintiff" and "there is no contested matter for the Court to decide as no active controversy exists." (*Id.* at 4.)  Accordingly, the Court hereby DISMISSES the case as moot.

Initials of Deputy Clerk: vrv